IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF:  
MELISSA NICOLE FARRAR  
Debtor(s)

CHAPTER 7, CASE NO. 18-11535-SDB

TRUSTEE'S FILE NO.

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

|  | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| 2005 Chevrolet Impala mileage: ~120,000 Poor condition | $ 1,575.00 | $ 1,575.00 | |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $ 5,800.00 | $ 5,300.00 | |
| **Electronics** | $ 3,900.00 | $ 3,900.00 | |
| **Collectibles of value** | $ | $ | |
| **Equipment for sports and hobbies** | | | |
| **Firearms** | | | |
| Clothes (Includes furs, designer wear, shoes, accessories) | $ 3,000.00 | $ 3,000.00 | |
| **Jewelry** | $ | $ | |
| **Non-farm animals** | | | |
| **Cash on Hand** | $ | $ | |
| **Deposits in banks, etc.** | | | |
| Bank of America | $ 400.00 | $ 400.00 | |
| Regions | $ 0.00 | $ 0.00 | |
| Augusta VA Credit Union | $ 5.00 | $ 5.00 | |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| 401k | $ 50,000.00 | $ 50,000.00 | |
| **Licenses, franchises, and other general intangibles** | | | |
| **Insurance Policies** | | | |
| MetLife | $ 1.00 | $ 1.00 | |
| **Tax Refunds** | $ | $ | |
| **Accounts Receivable** | | | |
| **Contingent Claims of Every Nature** | | | |
| **Office Equipment** | | | |
| **Machinery/Equipment** | | | |
| **Inventory** | | | |
| **Farm or Comm. Fishing Equip./Supplies/Farm animals** | $ | $ | |

**Other Personal Property of Any Kind**

      NOW COMES, James C. Overstreet, Jr., Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Dated: _12-19-18_

                                                        James C. Overstreet, Jr., Trustee